UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Oak Brook Condominium Owners'
Association</u>

   v.                                           Case No. 22-cv-383-JL

<u>Gerard P. Dufresne</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 25, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: November 9, 2022

cc:   Michael R. Feniger, Esq.
      Bethany P. Minich, Esq.
      Geard P. Dufresne, pro se